

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2014

No. 04-14-00177-CR

Alejandro Leal **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 12-090168-CRA
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

On October 2, 2014, this court abated this appeal to the trial court to hold a hearing to determine whether appellant desires to prosecute his appeal, whether appellant is indigent, and whether counsel has abandoned this appeal. *See* TEX. R. APP. P. 38.8(b)(2). The trial court conducted the hearing, and a supplemental clerk's record containing the trial court's findings of fact and conclusions of law has been filed. The trial court determined that appellant desires to prosecute the appeal and is indigent. The trial court further determined that appointed counsel has not abandoned this appeal. The trial court concluded that "effective assistance of counsel will be best accomplished by continuing Mr. Shaughnessy as appellate counsel" and recommended that this court grant Mr. Shaughnessy an extension of time to file to November 15, 2014, to file appellant's brief.

On October 22, 2014, Mr. Shaughnessy filed a motion requesting an extension of time to November 15, 2014. On October 29, 2014, Mr. Shaughnessy filed appellant's brief.

It is therefore ORDERED that this appeal is reinstated on the docket of this court. The motion for extension of time is MOOT.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2014.



Keith E. Hottle
Clerk of Court